**Order entered January 10, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01151-CR

**MATTHEW GERTH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75681-T**

## ORDER

The reporter's record in this appeal was due November 12, 2019. When it was not timely filed, we notified court reporter Vearneas Faggett by postcard dated November 15, 2019 and directed her to file (1) the reporter's record, (2) written verification no hearings were recorded, or (3) written verification appellant had not requested the reporter's record by December 15, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Faggett.

We **ORDER** the reporter's record filed on or before **February 3, 2020**. We caution Ms. Faggett that the failure to file the reporter's record by that date may result in the Court ordering she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; to Verneas Faggett, office court reporter, 283rd Judicial District Court; and to counsel for all parties.


/s/    CORY L. CARLYLE
        JUSTICE